## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Holly Ann CRAWFORD, Petitioner**

**No. 19 MAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**US BANK NATIONAL ASSOCIATION,**
**as Trustee of JP Mortgage Trust**
**2006–A5, Respondent**

v.

**Maryanne APPLEGATE, Petitioner**

**No. 869 MAL 2016**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**TRUE RAILROAD ASSOCIATES,**
**L.P., Petitioner**

v.

**AMES TRUE TEMPER,**
**INC., Respondent**

**True Railroad Associates,**
**L.P., Petitioner**

v.

**Ames True Temper, Inc., Respondent**

**True Railroad Associates,**
**L.P., Petitioner**

v.

**Ames True Temper, Inc., Respondent**

**True Railroad Associates,**
**L.P., Petitioner**

v.

**Ames True Temper, Inc., Respondent**

**True Railroad Associates,**
**L.P., Petitioner**

v.

**Ames True Temper, Inc., Respondent**

**No. 30 MAL 2017**
**No. 31 MAL 2017**
**No. 32 MAL 2017**
**No. 33 MAL 2017**
**No. 34 MAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht did not participate in the consideration or decision in this matter.

COMMONWEALTH of Pennsylvania, Respondent

v.

David F. KELLY BEY, Petitioner

No. 26 MAL 2017

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert Erin DEHART, Petitioner

No. 16 MAL 2017

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

Alisha SICILIANO, Cassie Staretz, Samantha Lynn Early and Justin Eck, Individually and on Behalf of all Similarly Situated Persons, Respondents

v.

Albert/Carol MUELLER t/a McDonalds; Albert and Carol Mueller Limited Partnerships; Albert Mueller, Individually; and Carol Mueller, Individually, Petitioners

No. 823 MAL 2016

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.